IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CV-00379-RJC-DCK

| Morgardshammar, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Dynamic Mill Services Corporation; Ernesto Bosch; Keith Gardner; and Richard Sanders, | ) | |
| Defendants. | ) | |

This matter having come before the Court on motion of local counsel for plaintiff Morgårdshammar, Inc. for admission *pro hac vice* of Kirsten R. Rydstrom and it appearing to the Court under Local Rule 83.1 that such counsel should be admitted *pro hac vice* representing Morgårdshammar, Inc. in the above captioned matter,

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Kirsten R. Rydstrom is admitted to practice before this Court *pro hac vice*.

**SO ORDERED.**

Signed: September 15, 2009

David C. Keesler
United States Magistrate Judge